# Third District Court of Appeal

## State of Florida

Opinion filed February 16, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-0717
Lower Tribunal No. 12-20488 SP
_____

**United Automobile Insurance Company,**
Appellant,

vs.

**Millennium Radiology, LLC d/b/a Millennium Open MRI, a/a/o Angel Bauza,**
Appellee.

An appeal from the County Court for Miami-Dade County, Ayana Harris, Judge.

Michael J. Neimand, House Counsel of United Automobile Insurance Company, for appellant.

Marks & Fleischer, P.A., and Gary Marks (Fort Lauderdale), David B. Pakula, P.A., and David B. Pakula (Pembroke Pines), for appellee.

Before SCALES, LINDSEY, and MILLER, JJ.

MILLER, J.

Insurer, United Automobile Insurance Company, challenges a final summary judgment entered in favor of appellee, Millennium Radiology, LLC, in a first-party personal injury protection action. On appeal, United Auto argues the "identity of the parties" element of collateral estoppel is not satisfied where the assignees and medical providers are identical but the insured or assignor is different. Recognizing that the trial court did not have the benefit of our decision in <u>United Automobile Insurance Co. v. Millennium Radiology, LLC</u>, 47 Fla. L. Weekly D175a (Fla. 3d DCA Jan. 12, 2022) at the time judgment was rendered, we nonetheless agree. Accordingly, we reverse and remand the order under review.

Reversed and remanded.